UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

VALLEY HEALTH SYSTEM, LLC
a Delaware Limited Liability Company
d/b/a DESERT SPRINGS HOSPITAL

    Plaintiff(s),

vs.

FACTORY MUTUAL INSURANCE
COMPANY

    Defendant(s).

Case # 2:17-cv-02726-GMN-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jay M. Levin_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Offit Kurman, PA_____
(firm name)

with offices at _____Ten Penn Center, 1801 Market Street, Suite 2300,_____,
(street address)

___Philadelphia___, ___Pennsylvania___, ___19103___,
(city)              (state)              (zip code)

___267-338-1326___, ___jlevin@offitkurman.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Valley Stream Health System, LLC___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __October, 1981__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Pennsylvania__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached chart | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
>
> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
> District of Columbia
> Pennsylvania

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Pennsylvania___ )
)
COUNTY OF ___Philadelphia___ )

___Jay M. Levin___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__30th__ day of __November__, __2017__.

_____
(Notary Public or Clerk of Court

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Antoinette S. Parker, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires April 25, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Kenneth M. Webster___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____1160 N. Town Center Drive, Suite 200_____,
(street address)

___Las Vegas___, ___Nevada___, ___89144___,
(city)           (state)           (zip code)

___702-889-6400___, ___kwebster@hpslaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Kenneth M. Webster__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

__RYAN JENSEN   CEO__
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__7205__     __Kwebster@hpslaw.com__
Bar number        Email address

APPROVED:

Dated: this __15__ day of __December__, 20__17__.

_____
UNITED STATES DISTRICT JUDGE

5

## JAY M. LEVIN BAR AND COURT ADMISSIONS

| Name of Court | Admitted | Bar Number | Standing |
|---|---|---|---|
| Supreme Court of the U.S. | 03/06/95 | Bar No. 2106590 | Good Standing |
| U.S. Court of Appeals for the District of Columbia Circuit | 09/02/14 | Bar No. 55523 | Good Standing |
| U.S. Court of Appeals, 2nd Circuit | 11/20/02 | Bar No. 2002-716 | Good Standing |
| U.S. Court of Appeals, 3rd Circuit | 07/10/84 | Does Not Issue Bar Numbers | Good Standing |
| D.C. Court of Appeals | 06/08/87 | Bar No. 411236 | Good Standing |
| Eastern District of PA | 06/24/82 | Bar No. 34561 | Good Standing |
| Middle District of PA | 06/10/94 | Bar No. 34561 | Good Standing |
| Western District of PA | 01/16/98 | Bar No. 34561 | Good Standing |
| Southern District of NY | 09/17/96 | Bar No. JL8934 | Good Standing |
| Eastern District of NY | 09/17/96 | Bar No. JL8934 | Good Standing |
| Eastern District of Michigan | 05/18/00 | Does not issue bar numbers | Good Standing |
| District of DC | 02/7/05 | Bar No. 411236 | Good Standing |
| Pennsylvania | 10/30/81 | Bar No. 34561 | Good Standing |
| New Jersey | 06/01/89 | Bar No. 005101989 | Good Standing |
| New York | 08/27/91 | Bar No. 2427169 | Good Standing |



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Jay M. Levin, Esq.

DATE OF ADMISSION

**October 30, 1981**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: October 25, 2017

John W. Person Jr., Esq.
Deputy Prothonotary



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jay Michael Levin

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **27th day of August, 1991**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **25th day of October, 2017**.



*Robert D. Mayberger*
Clerk



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JAY M. MELVIN

was on **JUNE 8, 1987** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on OCTOBER 31, 2017.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JAY M LEVIN** (No. **005101989**) was constituted and appointed an Attorney at Law of New Jersey on **June 01, 1989** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **27TH** day of **October**, 20**17**

Clerk of the Supreme Court

-453a-