UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| VALLEY HEALTH, LLC, | Case No. 2:17-cv-02726-GMN-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| FACTORY MUTUAL INSURANCE COMPANY, | (Docket No. 12) |
| Defendant(s). | |

On January 10, 2018, Plaintiff filed notice of Rule 26(f) conference. Docket No. 13. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** Docket No. 12 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: January 10, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge