KENNETH M. WEBSTER, ESQ.
Nevada Bar No. 7205
TYSON J. DOBBS, ESQ.
Nevada Bar No. 11953
HALL PRANGLE & SCHOONVELD, LLC
1160 North Town Center Drive, Ste. 200
Las Vegas, Nevada 89144
Phone: 702-889-6400
Facsimile: 702-384-6025
efile@hpslaw.com

JAY M. LEVIN, ESQ.
*Admitted Pro Hac Vice*
OFFIT KURMAN, PA
Ten Penn Center
1801 Market Street, Ste. 2300
Philadelphia, Pennsylvania 19103
Phone: 267-338-1326
Facsimile: 267-338-1335
jlevin@offitkurman.com
*Attorneys for Plaintiff
Valley Health Systems, LLC
d/b/a Desert Springs Hospital*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability Company, d/b/a Desert Springs Hospital,<br><br>Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:17-cv-02726<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

. . .

. . .

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 6th day of August, 2018.        DATED this 6th day of August, 2018.

HALL PRANGLE & SCHOONVELD, LLC        ARMSTRONG TEASDALE, LLP

*/s/: Tyson J. Dobbs*
KENNETH M. WEBSTER, ESQ.
Nevada Bar No. 7205
TYSON J. DOBBS, ESQ.
Nevada Bar No. 11953
1160 North Town Center Drive, Ste. 200
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

*/s/: William Webster*
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
3770 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
-and-
William Webster, Esq.
ROBINS KAPLAN, LLP
2049 Century Park East, Ste. 3400
Los Angeles, CA 90067-3208
*Attorneys for Defendant*
*Factory Mutual Insurance Company*

...

...

...

...

...

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: this ___13___ day of August, 2018.

4819-6594-2639, v. 1